UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS AMERICA INC.,<br><br>       Defendant. | Case No. 23-cv-03961-TLT<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR**<br><br>Re: ECF No. 8 |

Plaintiff General Insurance Company of America failed to appear virtually for an initial case management conference scheduled for November 16, 2023, at 2:00 PM on Zoom. *See* ECF No. 8. The initial conference was scheduled on August 22, 2023. *See id.* On November 16, 2023, Defendant's counsel appeared at the Zoom conference. During the conference, Defendant's counsel also attempted to reach out to Plaintiff by phone and email and was unable to reach Plaintiff.

The Court **ORDERS** Plaintiff's counsel to submit a declaration under penalty of perjury as to why they did not appear at the November 16, 2023, case management conference by **November 30, 2023**.

**IT IS SO ORDERED.**

Dated: November 16, 2023

TRINA L. THOMPSON
United States District Judge